UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND TUCKER,

    Petitioner,

vs.                                         CASE NO. 06-10250
                                                    HON. LAWRENCE P. ZATKOFF
                                                    MAGISTRATE JUDGE PAUL J. KOMIVES

CARMEN PALMER,

    Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated March 22, 2007, granting Petitioner's application for a Writ of Habeas Corpus, the Respondent CARMEN PALMER, Warden of Riverside Correctional Facility, Ionia, Michigan, is HEREBY ORDERED to release the Petitioner forthwith.

Dated at Port Huron, Michigan this 22nd day of March, 2007.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT

                               BY:     s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE